1042

[No. 47818-4-I.   Division One.   December 10, 2001.]

GARY CEURVORST, *Appellant*, v. WOODINVILLE[†] ELEMENTARY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-03732-4, Mary Yu, J., entered November 14, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 17354-2-III.   Division Three.   December 11, 2001.]

DON WILMA, *Appellant*, v. THE STEVENS COUNTY CANVASSING BOARD, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Stevens County, No. 97-2-00642-1, Rebecca M. Baker, J., entered March 6, 1998. *Dismissed* by unpublished opinion per Kurtz, C.J., concurred in by Sweeney and Brown, JJ.

[No. 19415-9-III.   Division Three.   December 11, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY MING-JOHN PONG, *Appellant*.

Appeal from a judgment of the Superior Court for Douglas County, No. 00-1-00048-4, John Hotchkiss, J., entered June 12, 2000. *Affirmed in part* and *reversed in part* by unpublished opinion per Sweeney, J., concurred in by Kurtz, C.J., and Kato, J.

[No. 19503-1-III.   Division Three.   December 11, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. SEGUNDO L. RUEDA, *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 00-1-00029-2, Jack Burchard, J., entered June 28, 2000. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Sweeney and Schultheis, JJ.

---

[†] Although the parties refer at times to Woodinville Elementary, the correct and true name of the school is Woodin Elementary.